United States District Court
Southern District of Texas
**ENTERED**
July 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES A. MEEKS, | § |
| Plaintiff, | § § § |
| vs. | §  CIVIL ACTION NO. H-18-3431 |
| LORIE DAVIS et al., | § § § |
| Defendants. | § § |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on _____JUL 1 4 2021_____.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE